## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

JUSTIN GANT,

      Plaintiff,

  v.

BGIS GLOBAL INTEGRATED SOLUTIONS US, LLC AND GI PROPERTY MANAGER LP

      Defendants.

CASE NO. 2:25-cv-01289-TL

**CERTIFICATION OF REVIEW**

Plaintiff Justin Gant ("Plaintiff"), Defendant BGIS Global Integrated Solutions US, LLC ("BGIS"), and Defendant GI Property Manager LP ("GI") (Plaintiff, BGIS, and GI, collectively, the "Parties"), by and through their undersigned counsel of record, hereby provide the following certifications in accordance with this Court's July 11, 2025 Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement [*See* DKT 8] and December 31, 2025 Minute Order [*See* DKT 28]:

  1.  All undersigned counsel for the Parties have reviewed Judge Lin's Chambers Procedures, the Local Rules, General Orders, and applicable Electronic Filing Procedures; and

CERTIFICATION OF REVIEW - 1
(Case No. 2:25-cv-01289-TL)

4911-3985-5494.2

2.      All undersigned counsel for the Parties have reviewed and complied with Judge Lin's Standing Order Regarding 28 U.S.C. § 455 and Canon 3 of the Code of Conduct for United States Judges.

RESPECTFULLY SUBMITTED this 7th day of January 2026.

Respectfully submitted,

*/s/ Steven Toff (via email authorization)*
Steven Toff, WSBA 59575
BREAD & ROSES LAW GROUP
5413 Meridian Ave N – Suite B
Seattle, WA 98103
Telephone: (206) 705-3006
Email: steven@breadandroseslaw.com

*/s/ Carol Igoe (via email authorization)*
Carol Igoe, WSBA 63698
BREAD & ROSES LAW GROUP
5413 Meridian Ave N – Suite B
Seattle, WA 98103
Telephone: (206) 705-3006
Email: carol@breadandroseslaw.com

*Attorneys for Plaintiff*

*/s/ Devin Smith (via email authorization)*
Devin Smith, WSBA #42219
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Fax: (206) 757-7700
Email: devinsmith@dwt.com

*/s/ Katie Loberstein (via email authorization)*
Katie Loberstein, WSBA #51091
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Fax: (206) 757-7700
Email: katieloberstein@dwt.com

CERTIFICATION OF REVIEW - 2
(Case No. 2:25-cv-01289-TL)

4911-3985-5494.2

/s/ Abigail J. Barr
Abigail J. Barr, Ohio Bar #0092679
*Admitted Pro Hac Vice*
250 West Street
Columbus, OH 43215-7509
Telephone: (614) 462-1077
Fax: (614) 462-5135
Email: abigail.barr@icemiller.com

*Attorneys for Defendant BGIS*

/s/ Justo González (via email authorization)
Justo González, WSBA #39127
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101-2393
Telephone:  (206) 626-6000
Fax:  (206) 464-1496
Justo.Gonzalez@stokeslaw.com


/s/ Marshall Brubacher (via email authorization)
Marshall Brubacher
*Admitted Pro Hac Vice*
650 E. Hospitality Lane, Suite 470
San Bernardino, CA 92408
Telephone:  (909) 890-9500
mbrubacher@mohlaw.com

*Attorneys for Defendant GI Property Manager LP*

CERTIFICATION OF REVIEW - 3
(Case No. 2:25-cv-01289-TL)

4911-3985-5494.2

**CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties, if any, shall be served in accordance with the Federal Rules of Civil Procedure.

DATED at Columbus, Ohio this 7th day of January 2026.

*/s/ Abigail J. Barr*
Abigail J. Barr, Ohio Bar #0092679

CERTIFICATION OF REVIEW - 4
(Case No. 2:25-cv-01289-TL)

4911-3985-5494.2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax