**UNITED STATED DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

JUSTIN GANT,

                Plaintiff,

  v.

BGIS GLOBAL INTEGRATED
SOLUTIONS US, LLC, et al.,

                Defendants.

Case No. 2:25-CV-01289-TL

**[~~PROPOSED~~] ORDER GRANTING PARTIAL DISMISSAL WITH PREJUDICE**

This matter having come on by way of the above Stipulation of the parties for an order dismissing all claims and defenses relating to Defendant GI Property Manager LP in this matter with prejudice, and the Court finding that the above stipulation is sufficient, it is hereby ORDERED, ADJUDGED AND DECREED that all claims and defenses asserted in this action relating to Defendant GI Property Manager LP are dismissed with prejudice and without an award of costs or attorneys' fees to any party and Defendant GI Property Manager LP is hereby dismissed as a party to this action.

ENTERED this 2nd day of July 2026.

_____
JUDGE TANA LIN

1
STIPULATION AND [~~PROPOSED~~] ORDER OF
DISMISSAL

**BREAD & ROSES LAW GROUP**
5030 FIRST AVE S – SUITE 104-B
SEATTLE, WA 98134
206.705.3006